CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
MAR 17 2016
JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>Rebel Steiner Akers<br><br>Defendant(s) | )<br>)<br>) Case No. 7:16mj41<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  March 16, 2016  in the county of  Carroll  in the
 Western  District of  Virginia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code Sections, 841 (a)(1) and Title 18, United States Code Sections, 924 (c) | Distribution of more than 50 grams of methamphetamine<br><br>Possession of a firearm in furtherance of a drug trafficking crime |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Jason Thompson, Special Agent DEA
Printed name and title

Sworn to before me and signed in my presence.

Date: March 17, 2016

_____
Judge's signature

City and state:  Roanoke, Virginia   Robert Ballou, United States Magistrate Judge
Printed name and title

# AFFIDAVIT

Your Affiant, Jason Thompson, is a Special Agent with the Drug Enforcement Administration, being duly deposed and sworn, says as follows:

**A.**

1. I am a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed since February 2004. I have received training in the area of the current investigation and detection of controlled substance traffickers. I have conducted and assisted in investigations into the unlawful possession, possession with the intent to distribute, and distribution of controlled substances, and the associated conspiracies in violation of Title 21, United States Code Sections 841(a)(1), and 846. I have participated in the preparation and execution of numerous arrests and search warrants for criminal offenses involving distribution and conspiracy to distribute controlled substances. I am familiar with the methods in which traffickers conduct illegal activities to include communication methods, asset management, and narcotic transactions.

2. Through my training and experience, I am familiar with the drug culture in and around the Southwest Virginia area.

3. The information contained within this affidavit is based on my personal experience as well as on information provided to me by other federal agents and state police officers.

## B. Statement of Probable Cause

4. In February 2016, a Cooperating Defendant, hereafter referred to as CD1, identified Rebel Steiner AKERS as a methamphetamine Source of Supply in the Carroll County, Virginia area. CD1 positively identified a photograph of AKERS, positively identified AKERS' residence, and provided a telephone number contact for AKERS. CD1 stated that during the time period of early 2016 through late February 2016, AKERS supplied him/her with methamphetamine. CD1 stated he/she purchased a total of approximately 24 ounces of methamphetamine from AKERS during the above listed time period. Your affiant served an administrative subpoena for toll records for the telephone number utilized by AKERS, which was provided by CD1. The toll records listed numerous contacts between CD1 and the telephone number reported to be utilized by AKERS. The toll records were consistent with the statements made by CD1 regarding his/her telephone contacts with AKERS during the reported time frame.

5. In March 2016, a Confidential Source, hereafter referred to as CS1, contacted AKERS on the telephone and pre-arranged a purchase of methamphetamine. CS1 met with AKERS in Carroll County, Virginia, which is in the Western District of Virginia, and conducted a controlled purchase of approximately 2 ounces of methamphetamine. The controlled purchase was directed and monitored by law enforcement. The controlled purchase was recorded in both audio and video. Your affiant later reviewed the audio and video recording and positively identified the subject that CS1 met with during the controlled purchase as Rebel Steiner AKERS. The suspected methamphetamine purchased was field-tested, which resulted in a positive result for the presence of methamphetamine.

6. On March 16, 2016, law enforcement executed a federal search warrant at 3198 Flower Gap Road in Cana, Virginia, which was previously identified as the residence of Rebel Steiner AKERS. AKERS was located inside the residence at the time of the execution of the search warrant. A search of the residence resulted in the seizure of suspected methamphetamine, suspected marijuana, multiple methamphetamine smoking devices, digital scales, numerous plastic packaging baggies, assorted firearm ammunition, one 12 gauge pistol grip shotgun, one .357 handgun, and one .22 caliber pistol. All three of the firearms were found to be loaded and chambered with ammunition.

7. A NCIC database check of Rebel Steiner AKERS criminal history revealed a felony conviction in Surry County, North Carolina for assault with a deadly weapon on July 25, 2013.

8. Based on information obtained by law enforcement and the information outlined in this affidavit, it is the belief of your affiant that Rebel Steiner AKERS distributed more than 50 grams of methamphetamine and possessed a firearm in furtherance of a drug trafficking crime in March 2016, in the Western District of Virginia and in violation of Title 21, United States Code Sections 841(a)(1), and Title 18, United States Code Sections 924(c).

JASON THOMPSON
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Sworn to and subscribed before me
This 17th day of March, 2016
In the City of Roanoke, Virginia

ROBERT BALLOU
UNITED STATES MAGISTRATE JUDGE